SaraEllen Hutchison (WSBA # 36137)
LAW OFFICE OF SARAELLEN HUTCHISON, PLLC
539 Broadway
Tacoma, WA 98402
Telephone:    206-529-5195
Facsimile:    253-302-8486
Email: saraellen@saraellenhutchison.com

*Attorney for Plaintiff, Alan Guthmiller*

THE HONORABLE JUDGE ROTHSTEIN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ALAN GUTHMILLER,<br><br>Plaintiff,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC, a Delaware Limited Liability Company, PHH MORTGAGE CORPORATION, a New Jersey Corporation, and DANIELLE LATORRE, Washington State Notary License Number 148246,<br><br>Defendants. | NO. 2:19-cv-01585-BJR<br><br>ORDER GRANTING PLAINTIFF LEAVE TO FILE AMENDED COMPLAINT AND JOIN ADDITIONAL DEFENDANT |

BEFORE THE COURT is the Plaintiff's Motion for Leave to File Amended Complaint and Join Additional Defendant. This Court, having considered the Pleadings filed herein:

HEREBY ORDERS that Plaintiff is GRANTED leave to file his Amended Complaint and join Ohio Casualty Insurance Company as a defendant.

ORDER GRANTING LEAVE TO AMEND
& JOIN ADDITIONAL DEFENDANT
2:19-cv-1585-BJR

1

Law Office of SaraEllen Hutchison, PLLC
539 Broadway | Tacoma, WA 98402
Ph (206) 529-5195 | Fax (253) 302-8486
saraellen@saraellenhutchison.com

IT IS SO ORDERED.

DATED: Jan. 3, 2020

_/s/ Barbara J. Rothstein_
Judge Barbara J. Rothstein
United States District Judge

Presented by:

/s/ SaraEllen Hutchison
SaraEllen Hutchison (WSBA # 36137)
Law Office of SaraEllen Hutchison, PLLC
539 Broadway, Tacoma, WA 98402
Telephone: 206-529-5195
Facsimile: 253-302-8486
Email: saraellen@saraellenhutchison.com

### CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the State of Washington that on the 2nd day of January, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all registered CM/ECF participants in this case, and served the following non-ECF participant in the following manner: **Danielle Latorre, Defendant *pro se* via USPS at PO Box 560, Port Orchard, WA 98366, and by email at dlatorre83@gmail.com.**

Dated this 2nd day of January, 2020, at Tacoma, Washington.

S//SaraEllen Hutchison
SaraEllen Hutchison (WSBA #36137)
539 Broadway, Tacoma, WA 98402
Telephone: 206-529-5195
Facsimile: 253-302-8486
Email: saraellen@saraellenhutchison.com
*Attorney for Plaintiff*

ORDER GRANTING LEAVE TO AMEND
& JOIN ADDITIONAL DEFENDANT
2:19-cv-1585-BJR

2

Law Office of SaraEllen Hutchison, PLLC
539 Broadway | Tacoma, WA 98402
Ph (206) 529-5195 | Fax (253) 302-8486
saraellen@saraellenhutchison.com