# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ALAN GUTHMILLER,<br><br>                       *Plaintiffs*,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC, a Delaware Limited Liability Company, PHH MORTGAGE CORPORATION, a New Jersey Corporation, DANIELLE LATORRE, Washington State Notary License Number 148246, and OHIO CASUALTY INSURANCE COMPANY, a New Hampshire Surety Corporation, as Surety for DANIELLE LATORRES<br><br>                       *Defendants*. | CASE NO. 2:19-cv-01585-BJR<br><br>ORDER GRANTING STIPULATION TO DISMISS PLAINTIFF'S THIRD CAUSE OF ACTION ONLY |

Before the Court is the parties' Stipulation to Dismiss Plaintiff's Third Cause of Action Only. Dkt. No. 51. The Court hereby GRANTS the motion. Plaintiff's third cause of action for *Impermissible Inquiry* in violation of the Federal Fair Credit Reporting Act is dismissed, with prejudice, and with each party bearing their own attorney's fees and costs. Dkt. No. 27 at ¶¶ 7.1–7.11.

DATED this 13th day of July, 2020.

*Barbara J. Rothstein*
_____
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

1