THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALAN GUTHMILLER, | ) |
|                Plaintiff, | ) CASE NO. 2:19-CV-01585-BJR |
| v. | ) **ORDER GRANTING STIPULATED** |
| OCWEN LOAN SERVICING, LLC, | ) **MOTION TO SEAL** |
| PHH MORTGAGE CORPORATION, DANIELLE LATORRE, and OHIO CASUALTY INSURANCE COMPANY as Surety for DANIELLE LATORRE, | ) |
|              Defendants. | ) |

Before the Court is Defendants Ocwen Loan Servicing, LLC ("Ocwen"), and PHH Mortgage Corporation's ("PHH") Stipulated Motion to Seal. Specifically, Ocwen and PHH seek an Order sealing portions of their Motion for Summary Judgment and Memorandum in Support, Exhibit 12 to the Motion for Summary Judgment, portions of the Declaration of Howard R. Handville, and Exhibit A to the Declaration of Howard R. Handville.

Having considered the motion, and finding that there is a compelling interest in sealing the documents and information requested in the Motion that outweighs the public's interest in disclosure, the Motion to Seal is hereby **GRANTED.**

It is further **ORDERED, ADJUDGED, and DECREED** that the following documents

shall remain under seal on the Court's docket:

    1.    Portions of Defendants' Motion for Summary Judgment and Memorandum in Support

    2.    Exhibit 12 to Defendants' Motion for Summary Judgment and Memorandum in Support

    3.    Portions of the Declaration of Howard R. Handville

    4.    Exhibit A to the Declaration of Howard R. Handville

The Clerk is directed to ensure that these documents remain sealed. The Clerk is further directed to send a copy of this Order to all parties.

**IT IS SO ORDERED.**

August 20, 2020

                                                                           Barbara J. Rothstein
                                                                          United States District Judge