THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALAN GUTHMILLER,<br><br>                      Plaintiff,<br><br>  v.<br><br>OCWEN LOAN SERVICING, LLC,<br>PHH MORTGAGE CORPORATION,<br>DANIELLE LATORRE, and<br>OHIO CASUALTY INSURANCE<br>COMPANY as Surety for DANIELLE<br>LATORRE,<br><br>                      Defendants. | CASE NO. 2:19-CV-01585-BJR<br><br>**ORDER EXTENDING TIME TO**<br>**RESPOND TO MOTIONS** |

Before the Court is Plaintiff ALAN GUTHMILLER'S Stipulated Motion to for additional time to respond to Defendants Ocwen Loan Servicing, LLC's ("Ocwen") and PHH Mortgage Corporation's ("PHH") Motion for Summary Judgment (Dkt. 54) and Motion to Exclude Expert Witness Report and Testimony of Plaintiff's Expert Stan Smith (Dkt. 61).

Having considered the motion, and finding good cause to grant the requested relief, the Motion to Extend Time is hereby **GRANTED.**

It is further **ORDERED, ADJUDGED, and DECREED** that:

1. Plaintiff's deadline to respond to Ocwen's/PHH's Motion for Summary Judgment (Dkt. 54) is extended to Wednesday, September 23, 2020.

2. Plaintiff's deadline to respond to Ocwen's/PHH's Motion to Exclude Expert

Witness Report and Testimony of Plaintiff's Expert Stan Smith (Dkt. 61) is extended to Wednesday, September 23, 2020.

**IT IS SO ORDERED.**

September 4, 2020

_Barbara J. Rothstein_
Barbara J. Rothstein
United States District Judge