THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALAN GUTHMILLER,<br><br>      Plaintiff,<br><br> v.<br><br>OCWEN LOAN SERVICING, LLC,<br>PHH MORTGAGE CORPORATION,<br>DANIELLE LATORRE, and<br>OHIO CASUALTY INSURANCE<br>COMPANY as Surety for DANIELLE<br>LATORRE,<br><br>      Defendants. | CASE NO. 2:19-CV-01585-BJR<br><br>**ORDER CONTINUING TRIAL AND REMAINING PRETRIAL DEADLINES** |

### I. ORDER

Before the Court is the parties' Stipulated Motion to continue the trial and remaining pretrial deadlines in this matter.

Having considered the motion, and this Court's General Order 15-20 continuing all in-person civil jury trials until 2021, and finding good cause to grant the requested relief, the parties' motion is **GRANTED**.

It is ORDERED, ADJUDGED, AND DECREED that:

The in-person jury trial and all remaining pretrial deadlines will be continued as follows:

1

| | |
|---|---|
| Motions in limine filing deadline: | December 3, 2020 |
| Joint Pretrial Statement: | December 10, 2020 |
| Jury Trial (3 days): | January 4, 2021 |

IT IS SO ORDERED.

*Dated this 13th day of October, 2020*

Barbara J. Rothstein
United States District Judge

2