THE HONORABLE JUDGE ROTHSTEIN

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| ALAN GUTHMILLER, | NO. **2:19-cv-01585-BJR** |
| Plaintiff, | STIPULATION AND ORDER TO DISMISS OCWEN LOAN SERVICING, LLC AND PHH MORTGAGE CORPORATION |
| v. | |
| OCWEN LOAN SERVICING, LLC, PHH MORTGAGE CORPORATION, DANIELLE LATORRE, and OHIO CASUALTY INSURANCE COMPANY as Surety for DANIELLE LATORRE, | |
| Defendants. | |

Plaintiff ALAN GUTHMILLER, by counsel, and Defendants OCWEN LOAN SERVICING, LLC and PHH MORTGAGE CORPORATION ("OCWEN & PHH"), by counsel, hereby stipulate and agree that all matters herein between them that were made or could have been made have been compromised and settled, and that Plaintiff's cause of action

STIPULATION AND ORDER OF
DISMISSAL OF OCWEN & PHH 2:19-
CV-1585-BJR

1

Law Office of SaraEllen Hutchison, PLLC
539 Broadway | Tacoma, WA 98402
Ph (206) 529-5195 | Fax (253) 302-8486
saraellen@saraellenhutchison.com

1    against OCWEN/PHH be dismissed, with prejudice, with each party to bear its own costs and

2    attorney's fees.

3

4
                                    Respectfully submitted,
5

6    Date: December 10, 2020        S//SaraEllen Hutchison

7                                   SARAELLEN HUTCHISON (WSBA #36137)
                                    LAW OFFICE OF SARAELLEN HUTCHISON, PLLC
8                                   539 Broadway
                                    Tacoma, WA 98402
9                                   Telephone: (206) 529-5195
                                    Facsimile: (253) 302-8486
10                                  Email: saraellen@saraellenhutchison.com

11                                  *Attorney for Plaintiffs*

12

13   Date: December 10, 2020        S//Ethan G. Ostroff

14                                  Ethan G. Ostroff (Admitted Pro Hac Vice)
                                    Troutman Sanders LLP
15                                  222 Central Park Ave, Suite 2000
                                    Virginia Beach, VA 23462
16                                  Telephone: (757) 687-7541
                                    Fax: (757) 687-7541
17                                  E-mail: ethan.ostroff@troutman.com

18                                  S//Abraham K. Lorber

19                                  Abraham K Lorber (Bar No. 40668)
                                    LANE POWELL, PC
20                                  1420 Fifth Avenue, Suite 4200
                                    Seattle, WA 98111-9402
21                                  Telephone: (206) 223-7000
                                    Fax: (206) 223-7107
22                                  E-mail: lorberA@lanepowell.com

23
                                    *Counsel for Ocwen Loan Servicing, LLC, and*
24                                  *PHH Mortgage Corporation*

25
     STIPULATION AND ORDER OF              2              Law Office of SaraEllen Hutchison, PLLC
26   DISMISSAL OF OCWEN & PHH 2:19-                       539 Broadway | Tacoma, WA 98402
     CV-1585-BJR                                          Ph (206) 529-5195 | Fax (253) 302-8486
                                                         saraellen@saraellenhutchison.com

1

2    IT IS SO ORDERED.

3    Dated this 11th day of December, 2020.

4

5    _____

6    BARBARA J. ROTHSTEIN
     United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26   STIPULATION AND ORDER OF                              3
     DISMISSAL OF OCWEN AND PHH
     No. 2:19-cv-01585-BJR